IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HOBBY DISTILLERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-01221-P |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Alcohol and Tobacco Tax and Trade Bureau and the United States Department of Justice hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order (ECF No. 49) granting Plaintiffs' Motion for a Preliminary and Permanent Injunction (ECF No. 17), which the Court advanced to the case's merits as authorized by Federal Rule of Civil Procedure 65, awarding them declaratory relief and a permanent injunction; and from all previous rulings in this action, including the final judgment entered (ECF No. 50).

Dated: August 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director, Federal Programs Branch

/s/ *Hannah Solomon-Strauss*
ELIZABETH TULIS
HANNAH SOLOMON-STRAUSS
ANNA DEFFEBACH
*Trial Attorneys*

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 616-8198
hannah.m.solomon-strauss@usdoj.gov

*Attorneys for Defendants*