# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-10760 McNutt v. US Dept of Justice
USDC No. 4:23-CV-1221

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Sarah Jane Clark
Mr. Casey L. Griffith
Ms. Elizabeth Murray Tulis
Mr. Charles Devin Watkins