# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2024
Lyle W. Cayce
Clerk

No. 24-10760

Scott McNutt,

*Plaintiff—Appellee*,

Rick Morris; Hobby Distillers Association; Thomas O. Cowdrey, III; John Prince, III,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

US Department of Justice; Alcohol and Tobacco Tax and Trade Bureau, *a bureau of the U.S. Department of the Treasury*,

*Defendants—Appellants/Cross-Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-1221

UNPUBLISHED ORDER

Before Ho, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants/Cross-Appellees' opposed motion to expedite the appeal is DENIED.