No. 24-10760

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

SCOTT MCNUTT,
*Plaintiff-Appellee*,

HOBBY DISTILLERS ASSOCIATION, RICK MORRIS, THOMAS O. COWDREY III, JOHN PRINCE III,
*Plaintiffs-Appellees / Cross-Appellants*,

v.

U.S. DEPARTMENT OF JUSTICE,
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU,
*Defendants-Appellants / Cross-Appellees.*

# CONSENT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS' PRINCIPAL AND RESPONSE BRIEF

Plaintiffs-Appellees'/Cross-Appellants' principal and response brief is due November 27, 2024. Plaintiffs respectfully move to extend the due date for Plaintiffs-Appellees'/Cross-Appellants' principal and response brief so that it is due three weeks later, on December 18, 2024. Plaintiff's counsel has contacted Defendant's counsel, and Defendants have consented to this extension request.

There is good cause to extend the briefing schedule due to the press of other matters affecting Plaintiff's counsel, new attorneys on this case getting up to speed, and issues around the Thanksgiving holiday.

For the foregoing reasons, the briefing schedule should be extended as described above.

Dated: November 12, 2024

Respectfully submitted,

/s/ *Devin Watkins*

Devin Watkins
COMPETITIVE ENTERPRISE INSTITUTE
1310 L Street NW, 7th Floor
Washington, DC 20005
(202) 331-1010
devin.watkins@cei.org

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 92 words, excluding the parts exempted by Rule 32(f); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

/s/ *Devin Watkins*
Devin Watkins

## CERTIFICATE OF SERVICE

I, Charles Devin Watkins, hereby certify that this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1.

/s/ *Devin Watkins*
Devin Watkins