# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-10760 McNutt v. US Dept of Justice
USDC No. 4:23-CV-1221

The court has granted an extension of time to and including December 11, 2024 for filing cross appellant's brief in this case.

The court has denied the motion to extend time to file cross appellant's reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Robert Alt
Ms. Sarah Clark Griffin
Mr. Casey L. Griffith
Mr. Andrew Michael Grossman
Ms. Elizabeth Murray Tulis
Mr. Charles Devin Watkins