# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2025

Mr. Andrew Michael Grossman
Baker & Hostetler, L.L.P.
1050 Connecticut Avenue, N.W.
Washington Square
Suite 1100
Washington, DC 20036-0000

No. 24-10760 McNutt v. US Dept of Justice
USDC No. 4:23-CV-1221

Dear Mr. Grossman,

We received your 28(j) Letter. Because it contains additional argument which requires leave of court to be filed, we are taking no action on this document.

Sincerely,

LYLE W. CAYCE, Clerk

By: Kim M. Pollard
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
Mr. Robert Alt
Mr. Thomas Arthur Berry
Mr. Theodore Mark Cooperstein
Ms. Cynthia Fleming Crawford
Mr. Thomas McCarthy
Mr. Clark McAdams Neily III
Mr. Michael David Pepson
Mr. Reilly Stephens
Ms. Caroline W. Tan
Mr. Charles Devin Watkins
Mr. John Marc Wheat