BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

direct dial: 202.861.1697
agrossman@bakerlaw.com

July 30, 2025

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re: Rule 28(j) Letter in *McNutt v. U.S. Dep't of Justice*, No. 24-10760**

Dear Mr. Cayce:

I write to correct a misstatement of fact in the government's briefing, after having raised the issue with the government's counsel, who declined to address it. The government's principal brief argues that Plaintiff Scott McNutt's intention to distill "at home" could refer to non-prohibited distilling in "the shed located 261 feet away from McNutt's house,…which McNutt has used to distill fuel alcohol in the past pursuant to a permit from [Defendant Alcohol and Tobacco Tax and Trade] Bureau." Gov't Br. 6; *see also id*. at 11; Gov't Reply at 4–5, 9–10.

That shed, however, is not at or near Mr. McNutt's home. Mr. McNutt "reside[s] at 15 Story Place, Robbinsville, New Jersey 08691." ROA.111. The permit was for a property in Perrineville, New Jersey. Att. 1; *id*. at 4 (map). The government should know that, possessing a copy of the permit that it issued. ROA.540.

Because the government did not press below the shed-related standing argument that it makes on appeal, Plaintiffs had no cause to make any further showing on this point. Nonetheless, the Court may take notice of the permit as a public record, *Matter of Manges*, 29 F.3d 1034, 1042 (5th Cir. 1994), or of the geographic fact that Mr. McNutt's Robbinsville property could not possibly accommodate a shed located 261 feet from the house, *United States v. Julius*, 14 F.4th 752, 756 (7th Cir. 2021) (listing appeals court decisions taking "judicial notice of distance estimates from Google Maps").

Respectfully submitted.

Andrew M. Grossman

*Attorney for Plaintiffs*

Attachment

cc: All counsel of record via the appellate CM/ECF system

DEPARTMENT OF THE TREASURY
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

# ALCOHOL FUEL PRODUCER PERMIT UNDER 26 U.S.C. 5181

1. EFFECTIVE DATE
JUL 24 2014

2. PERMIT NUMBER
AFP-NJ-15032

3. OWNER NAME/OPERATING NAME/PLANT PREMISES ADDRESS
Scott T. McNutt
7 Van Arsdale Circle
Perrineville, NJ 08535-1006

4. DATE OF APPLICATION
June 25, 2014

5. DATE OF AMENDMENT

6. ☒ ORIGINAL PERMIT
☐ AMENDED PERMIT

7. REASON(S) FOR AMENDMENT

8. PLANT SIZE
☒ SMALL (10,000 Proof Gallons or less*)
☐ MEDIUM (10,001 – 500,000 Proof Gallons*)
☐ LARGE (More than 500,000 Proof Gallons*)
***Produced and received in a single calendar year**

Pursuant to the application submitted on TTB F 5110.74, Application for an Alcohol Fuel Producer, and subject to applicable law and regulations and to the conditions set forth below the permittee identified above is hereby authorized and permitted at the premises described above to produce, process and store, and use or distribute distilled spirits *(Not including distilled spirits produced from petroleum, natural gas or coal)* exclusively for fuel use. The quantity to be produced and received during a calendar year may not exceed the quantity authorized by this permit.

This permit is continuing, and will remain in force until suspended, revoked, voluntarily surrendered, or automatically terminated. This permit does not authorize operations in violation of State or local laws.

**THIS PERMIT IS NOT TRANSFERABLE.** In the event of any lease, sale, or other transfer of the operations authorized, or of any other change in the ownership or control of such operations, this permit shall automatically terminate. *(See 27 CFR 19.920)*

9. SIGNATURE
for Paula S. Fuynan
DIRECTOR, NATIONAL REVENUE CENTER, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU (TTB)

## CONDITIONS

1. That the permittee in good faith complies with the provisions of Chapter 51 of Title 26 of the United States Code and regulations issued thereunder.
2. That the permittee has made no false statements as to any material fact in his application for this permit.
3. That the permittee discloses all of the material information required by law and regulation.
4. That the permittee shall not violate or conspire to violate any law of the United States relating to intoxicating liquor and shall not be convicted of any offense which is punishable under Title 26 of the United States Code as a felony or of any conspiracy to commit such an offense.
5. That all persons employed by the permittee in good faith observe and conform to all of the terms and conditions of this permit.
6. That the permittee at no time allows a period of 2 years or more to pass without conducting any authorized operations.
7. That the permittee fully complies with the Clean Water Act (33 U.S.C. 1341(a)).

**DEPARTMENT OF THE TREASURY**
**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU (TTB)**

# APPLICATION FOR AN ALCOHOL FUEL PRODUCER PERMIT

*(Prepare in Triplicate. See Instructions.)*

**FOR TTB USE ONLY**

| DATE RECEIVED | DATE RETURNED AFTER CORRECTIONS |
|---|---|
| 6-30-14 | |
| **PERMIT NUMBER** | **EFFECTIVE DATE** |
| AFP-NJ-15032 | |

**1. TYPE OF PLANT** *(Check applicable box)*

*(Complete for Original Application or when level of operation changes)*

- [x] SMALL - 10,000 Proof Gallons or Less*
- [ ] MEDIUM - More than 10,000 Proof Gallons but not more than 500,000*
- [ ] LARGE - More than 500,000 Proof Gallons*

*Proof Gallons to be produced and received during one calendar year *(See Instruction 5)*

**2. AMENDED PERMIT** *(Check applicable box(es))*

*(Change In)*
- [ ] LEVEL OF OPERATIONS *(Increased operations by small and medium plants only)*
  From ____________
  To ____________

*(Change In)*
- [ ] NAME OF PROPRIETOR
- [ ] LOCATION OF PLANT
- [ ] OTHER *(Explain)* ____________

| PERMIT NO. | STATE |
|---|---|
| AFP- | |

**3. NAME OF OWNER** *(If partnership, include name of each partner)*

SCOTT T. MCNUTT

**4. DAYTIME TELEPHONE NUMBER** *(Include area code and extension)*

609-448-0470

**5. EIN (If no SSN)**

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

**6. DATE OF BIRTH (Sole/Each Partner)**

12/18/1962

**7. LOCATION** *(If no street address show rural route)*

7 VAN ARSDALE CIR
PERRINEVILLE, NJ 08535-1006

**8. MAILING ADDRESS** *(If different from plant location) (RFD or Street No., City, State, ZIP Code)*

**9. PREMISES FOR ALCOHOL FUEL PLANT ARE** *(Check applicable box)*

- [x] OWNED BY THE APPLICANT *(Skip Item 10, go to Item 11)*
- [ ] NOT OWNED BY THE APPLICANT *(Complete Item 10)*

**10.** Officers of the Alcohol and Tobacco Tax and Trade Bureau, and state and local officers, are granted access to the premises described by this application for an Alcohol Fuel Producer's Permit.

NAME AND ADDRESS OF PROPERTY OWNER

| SIGNATURE OF/FOR PROPERTY OWNER | DATE |
|---|---|
| | |

**11. STILLS FOR FUEL PRODUCTION ON PLANT PREMISES**

| STILL MANUFACTURER *(If owner is the manufacturer write "Owner")* (a) | SERIAL NUMBER OF STILL (b) | KIND OF STILL *(Charge, Chamber, Continuous Still, or other (Specify))* (c) | CAPACITY *(Proof Gallons) (See Instruction 7)* (d) |
|---|---|---|---|
| BREWHAUS | 11451 | BATCH REFLUX COLUMN | 14 |
| | | | |
| | | | |
| | | | |

**12. BASIC MATERIALS** *(Other than yeasts or enzymes)* TO BE USED IN PRODUCTION OF SPIRITS *(Check applicable box(es))*

- [x] GRAIN *(Corn, Wheat, Sorghum, Barley, etc.)* OR STARCH PRODUCTS *(Potatoes, Sweet Potatoes, etc.)*
- [x] SUGAR BASED CROPS OR PRODUCTS *(Cane Sugar, Sugar Beets, Molasses, Sweet Sorghum, Beet Fodder, etc.)*
- [x] FRUITS OR FRUIT PRODUCTS *(Grapes, Peaches, Apples, etc.)*
- [ ] FORAGE CROPS *(Alfalfa, Sudan Grass, Forage Sorghum, etc.)*
- [ ] CROP RESIDUE *(Garbage or other refuse)*
- [ ] OTHER *(Specify)* ____________

**13. DESCRIPTION OF SECURITY MEASURES** *(Such as use of locks, fences, building alarms, etc.)* TO PROTECT PREMISES, CONTAINER(S), STILL(S) AND BUILDING(S) WHERE SPIRITS ARE STORED

2014 JUN 30 PM 1:41

STILL SHED WITH KEYED DOORWAYS AND DROP BOLTS.
STORAGE IN STILL SHED IN CABINET/CAGE WITH PADLOCK.

NATIONAL REVENUE CENTER
CINCINNATI, OH

14. **DIAGRAM OF PLANT PREMISES** *(In the space provided or by attached map or diagram, show the area to be included for the alcohol fuel plant. Identify roads, streams, lakes, railroads, buildings, and other structures or topographical features on the diagram. Show location(s) where alcohol fuel plant operations will occur. The diagram should be in sufficient detail to locate your operations and premises. See instruction 8 for sample diagram.)*

See attached.

15. I WILL COMPLY WITH THE CLEAN WATER ACT (33 U.S.C. 1341(a)). (Will not discharge into navigable waters of the U.S.)

☑ YES ☐ NO

16. MEDIUM AND LARGE ALCOHOL FUEL PLANT APPLICANTS MUST PREPARE AND ATTACH THE ADDITIONAL INFORMATION SPECIFIED IN INSTRUCTION 11.

Under the penalties of perjury, I declare that I have examined this application, including the documents submitted in support thereof or incorporated therein by reference, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 17. SIGNATURE OF/FOR APPLICANT | 18. TITLE *(Owner, Partner, Corporate Officer)* | 19. DATE |
|---|---|---|
| [signature] | OWNER | 06/25/2014 |



2014 JUN 30 PM 1:41
CINCINNATI OH
NATIONAL REVENUE CENTER

# Plant Diagram

**Scott McNutt**
**7 Van Arsdale Circle**
**Perrineville, NJ 08535**

