

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 616-4171

August 19, 2025

VIA CM/ECF

Mr. Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place Suite 115
New Orleans, LA 70130

    RE:   *McNutt v. U.S. Dep't of Justice*, No. 24-10760

Dear Mr. Cayce:

    We write to respectfully request that Elizabeth Tulis be removed from the docket as counsel of record for the Defendants-Appellants/Cross-Appellees in *McNutt v. U.S. Department of Justice*, No. 24-10760. Ms. Tulis represented the government in this case in the district court, but she has not made an appearance in this Court and will soon be departing the Department of Justice. Accordingly, we respectfully request that Ms. Tulis be withdrawn as counsel of record and that she be removed from future electronic notifications regarding this case.

    The Defendants-Appellants/Cross-Appellees will continue to be represented by undersigned counsel. Thank you for your attention to this request.

    Respectfully,

    s/ *Caroline Tan*
    Caroline W. Tan
    U.S. Department of Justice
    Appellate Staff, Civil Division

cc (via CM/ECF):  Counsel of Record