# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 10, 2026

Lyle W. Cayce
Clerk

_____

No. 24-10760

_____

Scott McNutt,

*Plaintiff—Appellee*,

Rick Morris; Hobby Distillers Association; Thomas O. Cowdrey, III; John Prince, III,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

United States Department of Justice; Alcohol and Tobacco Tax and Trade Bureau, *a bureau of the U.S. Department of the Treasury*,

*Defendants—Appellants/Cross-Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-1221

_____

## JUDGMENT

Before Jones and Graves, *Circuit Judges*, and Rodriguez, *District Judge*.[*]

_____

[*] District Judge for the Southern District of Texas, sitting by designation.

No. 24-10760

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment and injunction against the enforcement of the District Court is AFFIRMED as MODIFIED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.