# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2026

Lyle W. Cayce
Clerk

No. 24-10760

Scott McNutt,

Plaintiff—Appellee,

Rick Morris; Hobby Distillers Association; Thomas O. Cowdrey, III; John Prince, III,

Plaintiffs—Appellees/Cross-Appellants,

versus

United States Department of Justice; Alcohol and Tobacco Tax and Trade Bureau, *a bureau of the U.S. Department of the Treasury*,

Defendants—Appellants/Cross-Appellees.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-1221

ON PETITION FOR REHEARING EN BANC

Before Jones and Graves, *Circuit Judges*, and Rodriguez, *District Judge*. *

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5TH CIR. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P.40 and 5TH CIR. R.40), the petition for rehearing en banc is DENIED.

———————————————————

*District Judge for the Southern District of Texas, sitting by designation.